AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| Raul Velez,<br><br>Plaintiff(s)<br>v.<br>PNC Bank, individually and as the successor to BBVA USA,<br><br>Defendant(s) | Civil Action No. 2:22-cv-52 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PNC Bank, individually and as successor to BBVA USA
c/o Any officer, director or any person
authorized to accept service of process
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburg, Pennsylvania 15222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
708-974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   3/9/2022

/s/K. Stone
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-52

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PNC Bank, Individually and as successor to BBVA USA
was received by me on *(date)* 3/10/2022

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Anthony Santilli, PNC Operations, who is
designated by law to accept service of process on behalf of *(name of organization)* PNC Bank, Firstside Center,
500 First Avenue, Pittsburgh, PA 15219  on *(date)* 3/10/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/15/2022

*Server's signature*

Erin Yocum, Process Server
*Printed name and title*

4816 Dearborn St.
Pittsburgh, PA 15224
*Server's address*

Additional information regarding attempted service, etc: